Mary Elizabeth Conn SBN 224597
111 E. Locust #102
Angleton, Texas 77515
Telephone 979.864.1142
Attorney for Defendant DAVID SAINZ

***E-FILED - 10/3/12***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. DAVID SAINZ, Defendant. | No. CR 11-00712 DLJ<br>CR 11-00894 DLJ<br><br>**STIPULATION CONTINUING DEFENDANT SAINZ'S SENTENCING** |

The defendant, DAVID SAINZ, represented by Mary Elizabeth Conn, Esq., and the government, represented by DANIEL KALEBA, Assistant United States Attorney, have a sentencing hearing scheduled before the Court on October 18, 2012 at 9 a.m.

Defense counsel has professional obligations that have recently arisen, out of state, make the sentencing on the date of October, 2012, unduly costly.

The Defendant is in custody, and is expected to be sentenced to BOP.

Therefore, the parties respectfully request that the Court continue the sentencing currently set to November 5, 2012 at 10 a.m. or before.

Dated: September 26, 2012

Respectfully Submitted,
MARY E. CONN LAW OFFICES

/S/

______________________________
Mary Elizabeth Conn, Esq.
Attorney for Defendant
DAVID SAINZ

MELINDA HAAG
United States Attorney

/S/

___________________________________
DANIEL KALEBA
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | No. CR 11-00712 DLJ CR 11-00894 DLJ |
| v. | **[] ORDER CONTINUING DEFENDANT SAINZ' SENTENCING** |
| DAVID SAINZ Defendant. | |

**ORDER**

Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY ORDERS that the sentencing hearing as to DAVID SAINZ is rescheduled to November 5, 2012, at 10:00 a.m.

DATED: 10/2/12

THE HONORABLE D.L. Jensen
United States District Judge